# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BOBBY J. KNIGHT, JR.**                                                                                **PLAINTIFF**

**v.**                                         **Case No. 4:20-cv-00186-KGB**

**MAACO LITTLE ROCK, LLC**                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date and this Court's prior Orders, it is considered, ordered, and adjudged that judgment is entered in favor of defendant Maaco Little Rock, LLC ("Maaco") on plaintiff Bobby J. Knight, Jr.'s claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. ("Title VII"). The Court dismisses Mr. Knight's claims with prejudice; the relief requested is denied.

So adjudged this 15th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge